# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DAVID DOODY, <br><br> Plaintiff, <br><br> v. <br><br> ARDAGH GLASS, INC., <br><br> Defendant. | Case No. 21-CV-246-JPS <br><br> **ORDER** |

On February 23, 2021, Plaintiff filed a complaint alleging violations of the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq*. (Docket #1). On July 16, 2021, the parties signed and filed a stipulation of dismissal of this action in its entirety with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Docket #7). The Court will adopt the parties' stipulation.

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #7) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 21st day of July, 2021.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge